IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/<br>Respondent,<br><br>vs.<br><br>THOMAS R. FARRUGIA,<br><br>Defendant/<br>Petitioner. | No. CR-F-92-5164 REC<br><br>ORDER DENYING PETITIONER'S<br>MOTION FOR RECONSIDERATION<br>(Doc. 864) |

Petitioner's motion for reconsideration of the "Order Denying Petitioner's Motion for Court Ordered Testing of Government Exhibits (Doc. 859); Petitioner's Motion for Court Ordered Release of Government Exhibits (Doc. 860); and Petitioner's Motion for Court Order to State Attorney General Lockyer to Release Copies (Doc. 862)" is hereby denied.  As the court ruled, petitioner has not made the showing required by <u>Ivy v. Pontesso</u>, 328 F.3d 1057, 1059-1060 (9th Cir.2003) of legal innocence and that petitioner has never had an unobstructed

1

1  procedural shot at presenting his claim of legal innocence.
2       IT IS SO ORDERED.
3  **Dated:  June 9, 2006**                     **/s/ Robert E. Coyle**
   668554                                      UNITED STATES DISTRICT JUDGE