IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS R. FARRUGIA, et al.,<br><br>Defendant. | No. CR-F-92-5164 REC<br><br>ORDER TRANSFERRING ACTION FROM DOCKET OF JUDGE ROBERT E. COYLE TO DOCKET OF JUDGE OLIVER W. WANGER |

All proceedings in the above-captioned action are hereby transferred from the docket of Judge Robert E. Coyle to the docket of Judge Oliver W. Wanger.

IT IS SO ORDERED.

**Dated: September 25, 2006**          /s/ Robert E. Coyle
668554                                 UNITED STATES DISTRICT JUDGE

1