IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff/<br>       Appellee,<br><br>   vs.<br><br>THOMAS R. FARRUGIA,<br><br>       Defendant/<br>       Appellant. | No. CR-F-92-5164 OWW<br><br>ORDER PURSUANT TO LIMITED<br>REMAND DIRECTING THOMAS R.<br>FARRUGIA TO SHOW CAUSE WHY<br>TIME FOR FILING NOTICE OF<br>APPEAL SHOULD BE EXTENDED<br>BECAUSE OF EXCUSABLE NEGLECT |

   By Order filed on May 9, 2006, Judge Coyle denied the motions of Thomas R. Farrugia, proceeding in pro per, for court ordered testing of government exhibits, for court ordered release of government exhibits, and for court order to State Attorney General Lockyer to release copies.

   On May 25, 2006, Farrugia filed a motion for reconsideration of the May 9, 2006 Order.  Before that motion for reconsideration was resolved, on May 31, 2006, Farrugia filed a Notice of Appeal to the Ninth Circuit with regard to the May 9, 2006 Order.

By Order filed on June 12, 2006, Farrugia's motion for reconsideration was denied.  On July 31, 2006, Farrugia filed an Amended Notice of Appeal, purporting to amend the Notice of Appeal filed on May 31, 2006 to include the Order denying his motion for reconsideration.

By Order filed on September 18, 2006, the Ninth Circuit remanded the case to this court "for the limited purpose of permitting the district court to provide appellant notice and an opportunity to request that the time for filing the notice of appeal be extended for a period not to exceed 30 calendar days from the expiration of the time for filing a notice of appeal based on a showing of excusable neglect."

Farrugia shall file such a request within 15 days of service of this order.  Any response by the United States shall be filed within 10 days thereafter.  All further proceedings shall be by court order.

IT IS SO ORDERED.

**Dated:   September 22, 2006**                 **/s/ Oliver W. Wanger**
emm0d6                                          UNITED STATES DISTRICT JUDGE