IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-F-92-5164 OWW |
| | ) | |
| | ) | ORDER FINDING EXCUSABLE |
| | ) | NEGLECT FOR FAILURE TO |
| Plaintiff, | ) | TIMELY FILE AMENDED NOTICE |
| | ) | OF APPEAL AND DIRECTING |
| vs. | ) | CLERK OF COURT TO FILE ORDER |
| | ) | WITH NINTH CIRCUIT COURT OF |
| | ) | APPEALS IN 9TH CIRCUIT |
| THOMAS R. FARRUGIA, | ) | DOCKET NO. 06-10521 |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

By Order filed on May 9, 2006, Judge Coyle denied the motions of Thomas R. Farrugia, proceeding in pro per, for court ordered testing of government exhibits, for court ordered release of government exhibits, and for court order to State Attorney General Lockyer to release copies.

On May 25, 2006, Farrugia filed a motion for reconsideration of the May 9, 2006 Order. Before that motion for reconsideration was resolved, on May 31, 2006, Farrugia filed a Notice of Appeal to the Ninth Circuit with regard to the May 9, 2006 Order (9th

1

1 Cir. Docket No. 06-10344).

2      By Order filed on June 12, 2006, Farrugia's motion for
3 reconsideration was denied.  On July 31, 2006, Farrugia filed an
4 Amended Notice of Appeal, purporting to amend the Notice of
5 Appeal filed on May 31, 2006 to include the Order denying his
6 motion for reconsideration (9th Cir. Docket No. 06-10521).
7 The Amended Notice of Appeal was signed by Farrugia on July 25,
8 2006.

9      By Order filed on September 18, 2006, the Ninth Circuit
10 remanded the case to this court "for the limited purpose of
11 permitting the district court to provide appellant notice and an
12 opportunity to request that the time for filing the notice of
13 appeal be extended for a period not to exceed 30 calendar days
14 from the expiration of the time for filing a notice of appeal
15 based on a showing of excusable neglect."

16      By Order filed on September 22, 2006, Farrugia was ordered
17 to file such a request within 15 days of service of the Order.

18      Farrugia timely complied with the September 22 Order by a
19 pleading dated October 3, 2006 and filed on October 10, 2006.

20      Farrugia contends that his "<u>timely</u> access to both incoming &
21 outgoing Legal Mail is obstructed by prison staff."  He further
22 contends:

23           [T]his facility has been on lock-down status,
             he has had limited access to legal library
24           facilities, has been often denied access to
             legal advice, typewriter, copying facilities,
25           has a limited education.  Even though
             Petitioner Forma Pauperis Status the Warden
26           here still requires him to pay for his own

```
            copies, type-writer & correction ribbons,
            evelopes [sic] & postage, (all at a 30%
            prison 'Mark-Up').
```

Given the inference that Farrugia was prevented from timely filing the Amended Notice of Appeal because of delay in delivery of mail to prison inmates, the lock-down status of the facility, and limited access to equipment, it is concluded that Farrugia has demonstrated excusable neglect for the failure to timely file the Amended Notice of Appeal.

IT IS SO ORDERED.

**Dated:   October 30, 2006**          /s/ Oliver W. Wanger
668554                                 UNITED STATES DISTRICT JUDGE