IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-F-92-5164 OWW |
| | ) | |
| | ) | ORDER STRIKING MOTION TO |
| | ) | DISQUALIFY U.S. ATTORNEY |
| Plaintiff, | ) | (Doc. 887) |
| | ) | |
| vs. | ) | |
| | ) | |
| THOMAS FARRUGIA, | ) | |
| | ) | |
| Defendant. | ) | |

The motion to disqualify U.S. Attorney Kevin Rooney and the entire staff of the U.S. Attorney's Office due to conflict of interest and evidence tampering filed in this action by Thomas Farrugia on October 18, 2006 as Doc. 887 is hereby STRICKEN.  The motion is directed to the Ninth Circuit Court of Appeal.  Therefore,  the motion is not presented to the District Court for resolution.

IT IS SO ORDERED.

**Dated:   October 30, 2006**              /s/ Oliver W. Wanger
668554                                      UNITED STATES DISTRICT JUDGE

1