IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS FARRUGIA,<br><br>            Petitioner,<br><br>     vs.<br><br>UNITED STATES OF AMERICA,<br><br>            Respondent. | No. CV-F-98-5252 OWW<br>(No. CR-F-92-5164 OWW)<br><br>ORDER DENYING PETITIONER'S MOTION TO EXPEDITE RE-OPENING OF SECTION 2255 PROCEEDINGS (Doc. 905) AS MOOT |

On January 23, 2008, Petitioner filed motion to expedite the re-opening of his Section 2255 proceedings.

Petitioner's motion is DENIED AS MOOT. Petitioner's motion to re-open the Section 2255 proceedings was denied by Order filed on November 14, 2007 (Doc. 904).

IT IS SO ORDERED.

Dated:  January 28, 2008                    /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE

1