IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS FARRUGIA,<br><br>        Petitioner,<br><br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | No. CV-F-98-5252 OWW<br>(No. CR-F-92-5164)<br><br>ORDER GRANTING PETITIONER'S MOTION TIME TO FILE NOTICE OF APPEAL (Doc. 910) |

On November 11, 2007, the "Order Denying Petitioner's 'Motion to Expand the Record with Sworn Affidavits, Statements and Documents That Suport [sic] Movant's Actual Innocence' (Doc. 895) and Denying Petitioner's 'Motion to Re-Open Section 2255 Proceedings Pursuant to Fed. R. Civ. P. 60(b)(6)" was filed. (Doc. 904). The Court's docket indicates that Petitioner was not served with this Order until February 27, 2008.

Petitioner filed a Notice of Appeal on February 29, 2008. Petitioner moves for an order reopening the time to file the Notice of Appeal pursuant to Rule 4(a)(6), Federal Rules of

1

1 **Appellate Procedure.  Because the record demonstrates that all of**
2 **the conditions for reopening the time for appeal are satisfied,**
3 **Petitioner's motion is GRANTED.**
4 IT IS SO ORDERED.
5 **Dated:     March 5, 2008**              /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE