IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS FARRUGIA, | ) | No. CV-F-98-5252 OWW |
| | ) | (No. CR-F-92-5164) |
| | ) | |
| | ) | ORDER DECLINING TO ISSUE |
| Petitioner, | ) | CERTIFICATE OF APPEALABILITY |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

   The Court declines to issue a Certificate of Appealability in connection with Petitioner's appeal of the "Order Denying Petitioner's 'Motion to Expand the Record with Sworn Affidavits, Statements and Documents That Suport [sic] Movant's Actual Innocence' (Doc. 895) and Denying Petitioner's 'Motion to Re-Open Section 2255 Proceedings Pursuant to Fed. R. Civ. P. 60(b)(6)." (Doc. 904).

   These motions were denied because Petitioner cannot demonstrate that he never had an unobstructed procedural shot at presenting his claims of actual innocence.  Petitioner has not

**shown that jurists of reason would find it debatable whether the Court was correct in its procedural ruling and that jurists of reason would find it debatable that the petition states a valid claim for the denial of a constitutional right.**

IT IS SO ORDERED.

**Dated:   March 5, 2008**                             /s/ Oliver W. Wanger
                                                                    UNITED STATES DISTRICT JUDGE