IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS FARRUGIA,<br><br>        Petitioner,<br><br>    vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | No. CV-F-98-5525 OWW<br>(No. CR-F-92-5164)<br><br>ORDER DENYING PETITIONER'S<br>MOTION FOR RECONSIDERATION<br>(Doc. 914) |

On March 17, 2008, Petitioner filed a motion for reconsideration of the "Order Denying Petitioner's 'Motion to Expand the Record with Sworn Affidavits, Statements and Documents that Suport [sic] Movant's Actual Innocence" (Doc. 895) filed on November 14, 2007.

Petitioner's motion for reconsideration is DENIED.  No new facts or law are presented.  The November 14, 2007 Order fully explains the Court's reasoning and analysis for the denial of the motion.  Petitioner merely reargues that the evidence he sought to introduce demonstrates his "actual innocence."  The November

1  **14, 2007 Order ruled to the contrary.  Petitioner has filed an**
2  **appeal of the November 14, 2007 Order.  His remedy now lies with**
3  **the Ninth Circuit.**
4          IT IS SO ORDERED.
5  **Dated:    March 21, 2008**                  /s/ Oliver W. Wanger
                                                UNITED STATES DISTRICT JUDGE