IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS FARRUGIA, | ) ) | No. CV-F-98-5252 OWW (No. CR-F-92-5164 OWW) |
| Petitioner, | ) ) ) ) | ORDER DENYING PETITIONER'S APPLICATION FOR CERTIFICATE OF APPEALABILITY AND/OR |
| vs. | ) ) | APPEAL OF DENIAL OF CERTIFICATE OF APPEALABILITY |
| UNITED STATES OF AMERICA, | ) ) ) | FILED ON FEBRUARY 2, 2009 (Doc. 926) |
| Respondent. | ) ) ) | |

On February 2, 2009, Petitioner Thomas Farrugia, proceeding *in pro per*, filed an Application for Certificate of Appealability and/or Appeal of Denial of a Certificate of Appealability.

On November 14, 2007, the "Order Denying Petitioner's 'Motion to Expand the Record with Sworn Affidavits, Statements and Documents That Suport [sic] Movant's Actual Innocence' (Doc. 895) and Denying Petitioner's 'Motion to Re-Open Section 2255 Proceedings Pursuant to Fed. R. Civ. P. 60(b)(6)' (Doc. 898)" was filed. (Doc. 904).

On February 29, 2008, Petitioner filed a Notice of Appeal from the November 14, 2007 Order. (Doc. 909). On March 3, 2008, Petitioner filed a motion to re-open the time to file the Notice of Appeal. (Doc. 910). Petitioner's motion to re-open the time to file the Notice of Appeal was granted by Order filed on March 5, 2008. (Doc. 911). Also filed on March 5, 2008 was the Court's Order Declining to Issue Certificate of Appealability in connection with Petitioner's appeal from the November 14, 2007 Order. (Doc. 912). The Court's docket establishes that the Order Declining to Issue Certificate of Appealability was served on Petitioner by mail. (Doc. 912) Petitioner's appeal was assigned Ninth Circuit case number 08-15652. (Doc. 916).

On March 17, 2008, Petitioner filed a motion for reconsideration of the November 14, 2007 Order. (Doc. 914). The motion for reconsideration was denied by Order filed on March 21, 2008. (Doc. 915). On April 4, 2008, Petitioner filed a Notice of Appeal from the Order denying the motion for reconsideration. (Doc. 917). Petitioner's appeal from the denial of the motion for reconsideration was assigned Ninth Circuit case number 08-15953. (Doc. 919).

By Orders filed on November 14, 2008, the Ninth Circuit dismissed Petitioner's appeal No. 08-15953 as duplicative of Petitioner's appeal No. 08-15652.[1]  The Ninth Circuit further

---

[1] Petitioner's contends that the Court improperly failed to address a Certificate of Appealability in connection with Petitioner's appeal of the March 21, 2008 denial of his motion for reconsideration.  Petitioner's contention is moot; the Ninth

ruled:

> In appeal number 08-15652, the request for a certificate of appealability is denied. See 29 U.S.C. § 2253(c)(2). All pending motions are denied.

On December 2, 2008, Petitioner sent the following paper addressed to the Honorable Oliver W. Wanger:

> I appear to not have been served with one or more of your most recent Court Rulings, (again) ...
>
> The document in question is in regards to a 'certificate of appealability' which I was unaware was necessary on my 'MOTION TO EXPAND THE RECORD' (Doc. 895). If a 'C.O.A.' is necessary and was Denied by your Court then why wasn't I served with a copy of that denial Order?  Also, what about the Appeal of the 60(b)(6).?  Was a C.O.A. also required on that too?  If there was a Denial Order issued by your Court then why was I not served with a copy of that Order?
>
> There may be some mix-up concerning my address &/or my being in pro se. As you may recall, I was never served with a copy of the Court's Ruling, Docket #904 until I complained in my 'MOTION TO EXPEDITE', Doc. 905.
>
> Please send me any C.O.A. Ruling handed down by you and please accept this as a <u>NOTICE OF APPEAL</u>, appealing any such Ruling.

This communication was docketed by the Clerk's Office as an appeal from the November 14, 2007 Order.  (Docs. 924-925).

Petitioner's February 2, 2009 request for a Certificate of Appealability in connection with the December 2, 2008 appeal from

---

Circuit dismissed Petitioner's appeal of the denial of the motion for reconsideration as duplicative of his appeal from the November 14, 2007 Order.

the November 14, 2007 Order is DENIED.  Petitioner's contention that he did not receive a copy of the March 5, 2008 Order declining to issue a Certificate of Appealability in connection with Petitioner's Ninth Circuit appeal number 08-15652 is belied by the District Court's docket.  Petitioner was served by mail at his correct address.  Service of the March 5, 2008 Order was not returned by the federal institution at which Petitioner is incarcerated as undeliverable.  Further, the Ninth Circuit has denied Petitioner's appeal from the November 14, 2007 Order and itself declined to issue a Certificate of Appealability. Petitioner's February 2, 2009 request for a Certificate of Appealability is moot because Petitioner's appeal from the November 14, 2007 Order has already been denied by the Ninth Circuit.[2]

Petitioner's February 2, 2009 request for a Certificate of Appealability alternatively appeals from the denial of his request for the Certificate of Appealability.  Petitioner does not "appeal" from a District Court's denial of a Certificate of Appealability.  Pursuant to Rule 22(b)(1), Federal Rules of Appellate Procedure, a petitioner the requests that the appropriate Court of Appeals issue a Certificate of

---

[2] On November 24, 2008 and again on December 15, 2008, in the Ninth Circuit case number 08-15652, Petitioner filed a notice of intent to file an appeal of any District Court denial of a certificate of appealability. By Order filed on January 12, 2009, the Ninth Circuit construed Petitioner's notice of intent as a motion for reconsideration and denied the deemed motion for reconsideration.

4

1 | **Appealability.**
2 |         IT IS SO ORDERED.
3 | **Dated:**   **February 9, 2009**                    **/s/ Oliver W. Wanger**
                                                   UNITED STATES DISTRICT JUDGE