# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS FARRUGIA,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Respondent. | No. CR-F-92-5164 OWW<br><br>ORDER DENYING PETITIONER'S MOTION THAT UNITED STATES ATTORNEY GENERAL HOLDER INTERCEDE TO EXPEDITE RELEASE OF TRIAL EXHIBITS 5-A AND G-1 FOR CHEMICAL TESTING (Doc. 933) |

On October 8, 2010, Petitioner Thomas Farrugia, proceeding *in pro per*, filed a "Motion-Request Asking the U.S. Attorney Eric Holder to Intercede to Expedite the Release of Trial Exhibits 5-A & G-1 for Chemical Testing at Defendant's [sic] Expense." Plaintiff's motion is actually a letter addressed to Attorney General Holder and seeks no affirmative relief from the Court. Plaintiff's motion is DENIED.

///
///
///

1

1  IT IS SO ORDERED.

2  **Dated:    October 14, 2010**               /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE