IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br>v.<br><br>THOMAS RICHARD FARRUGIA,<br><br>       Defendants.<br>_____/ | 1:92-cr-5164-AWI<br><br>**ORDER DENYING DEFENDANT'S REQUEST FOR STAY**<br><br>**ORDER DIRECTING THE CLERK'S OFFICE TO PROVIDE COPIES OF DOCS. 969, 971, and 972 TO DEFENDANT.** |

Defendant Thomas Richard Farrugia has filed a motion for stay of the proceedings, Doc. 967, and a motion for "court ordered service of stamped copies of" several docket items filed by Defendant, Doc. 973. The basis for Defendant's motion is not having received legal mail for two months in mid-2014. Assuming the truth of Defendant's assertion, Defendant's case is closed;[1] imposing a stay would accomplish nothing. Defendant's motion for stay, Doc. 967, is denied. Next, Defendant is not entitled to file stamped copies of his filings. However, in light of Defendant's request for copies, his indication that he provided stamped self-addressed envelopes that were not returned to him, and the minimal inconvenience to the Court, the Clerk of the Court is respectfully directed to mail copies of Docs. 969, 971, and 972 to Defendant.

IT IS SO ORDERED.

Dated:   December 23, 2015                    _____
                                                                   SENIOR  DISTRICT  JUDGE

---

[1] In fact, this court has denied multiple motions to vacate, motions to reduce his sentence, motions for discovery, motions for retesting of trial exhibits, motions for reconsideration, and requests for copies of docket items. *E.g.*, Docs. 823, 828, 844, 863, 870, 904, 915, 930, 946. No relief remains available to Defendant from this Court.

1