**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **THOMAS FARRUGIA,** | **CASE NO. 1:92-CR-5164 AWI** |
| **Petitioner,** | |
| **v.** | **ORDER ON MOTION TO STAY** |
| **UNITED STATES OF AMERICA,** | |
| **Respondent.** | (Doc. No. 997) |

In late 2000, the Court denied Petitioner's 28 U.S.C. § 2255 petition. See Doc. Nos. 823, 828.

In June 2016, the Court transferred as successive § 2255 petition to the Ninth Circuit, so that Petitioner could attempt to obtain authorization from the Ninth Circuit under 28 U.S.C. § 2255(h). See Doc. No. 986. The Court transferred the June 2016 petition because Petitioner was raising claims under *Johnson v. United States*, 135 S.Ct. 2551 (2015), and the applicable limitations period was about to lapse. See id.

On August 10, 2016, Petitioner filed a motion in which he requested an order directing the prosecutor to turn over to "the DEA Laboratory" or a private laboratory all of the chemical evidence that was presented at his trial, in order to have the "exact chemical make-up" of the chemical evidence determined. See Doc. No. 987. On September 12, 2016, Petitioner filed a motion to dismiss the "§ 851 Information"[1] based on "false information" which resulted in structural error. See Doc. No. 988. On November 16, 2016, the Court denied both motions. See Doc. No. 990.

---

[1] It appears that Petitioner is attempting to reference 21 U.S.C. § 851, which deals with the proceedings to establish previous convictions.

On November 28, 2016, Petitioner filed a motion for an extension of time to file a certificate of appealability.  See Doc. No. 991.  On February 17, 2017, the Court denied this motion and declined to issue a certificate of appealability.  See Doc. No. 994.

On March 3, 2017, Petitioner filed a notice of appeal regarding the Court's rulings on the above matters.  See Doc. No. 995.

On May 1, 2017, Petitioner filed a motion to stay proceedings pending the Ninth Circuit's resolution of *Arazola-Galea v. United States*, 16-73574.  See Doc. No. 997.

Petitioner's motion to stay is not well taken.  Petitioner's case is closed.  There is nothing for this Court to stay.  There is an appeal before the Ninth Circuit and an attempt by Petitioner to obtain authorization from the Ninth Circuit to file a subsequent § 2255 petition.  However, those matters are before the Ninth Circuit.  Because matters in this Court are closed, Petitioner's motion will be denied.

ORDER

Accordingly, IT IS HEREBY ORDERED that Petitioner's motion to stay proceedings (Doc. No. 997) is DENIED.

IT IS SO ORDERED.

Dated:  July 6, 2017

_____
SENIOR  DISTRICT  JUDGE