# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS FARRUGIA,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | CASE NO. 1:92-CR-5164 AWI<br>(1:16-CV-830 AWI)<br><br>**ORDER ON MOTION FOR ORDER COMPELLING COMPLIANCE WITH OUTSTADNING DISCOVERY**<br><br>(Doc. No. 999) |

On August 10, 2016, Petitioner filed a motion in which he requested an order directing the prosecutor to turn over to "the DEA Laboratory" or a private laboratory all of the chemical evidence that was presented at his trial, in order to have the "exact chemical make-up" of the chemical evidence determined. See Doc. No. 987. On September 12, 2016, Petitioner filed a motion to dismiss the "§ 851 Information"[1] based on "false information" which resulted in structural error. See Doc. No. 988.

On November 16, 2016, the Court denied both motions. See Doc. No. 990.

On June 22, 2017, Petitioner filed a "Motion For Order Compelling Compliance With Outstanding Discovery Requests For Release Of Chemical Trial Exhibits For Thorough Testing By The DEA Laboratory And/Or A Private Laboratory At Petitioner's Expense." See Doc. No. 999. The basis for the June 2017 motion is his August 2016 motion (Doc. No. 987). See id.

---

[1] It appears that Petitioner is attempting to reference 21 U.S.C. § 851, which deals with the proceedings to establish previous convictions.

1    In light of the Court's November 2016 order, there is no viable basis for Petitioner's motion to compel compliance.  Therefore, Petitioner's motion will be denied.[2]

Accordingly, IT IS HEREBY ORDERED that Petitioner's motion to compel (Doc. No. 999) is DENIED.

IT IS SO ORDERED.

Dated:   July 6, 2017

_____
SENIOR  DISTRICT  JUDGE

---

[2] The Court again notes that numerous discovery motions by Petitioner have been denied from 1993 to 2016.  See At least as far back as 1993, Petitioner has filed similar motions, all of which were denied.  See Doc. Nos. 268, 432, 439, 470, 477, 515, 543, 768, 771, 990.