# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>THOMAS RICHARD FARRUGIA,<br><br>Defendant | CASE NO. 1:92-CR-5164 AWI BAM<br><br>ORDER FOR THE UNITED STATES TO RESPOND TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE |

On November 2, 2020, Defendant Thomas Farrugia, appearing through counsel, moved to modify his prison sentence in part through 18 U.S.C. § 3582(c)(1)(A) based on his health/physical condition, the conditions at FCI Victorville, and the Covid 19 pandemic. See Doc. No. 1008. After review, the Court finds that it is appropriate for the United States to respond to Defendant's motion. By this order, the Court will establish a briefing schedule to resolve Defendant's motion.

Accordingly, IT IS HEREBY ORDERED that:

1. The United States shall respond to Defendant's motion for compassionate release on or by November 10, 2020; and
2. Defendant shall file a reply on or by November 12, 2020;[1] and
3. If the Court determines that a hearing is necessary, it will issue a separate order setting a hearing date.

IT IS SO ORDERED.

Dated:   November 3, 2020

_____
SENIOR DISTRICT JUDGE

---

[1] The Court understands the restrictions regarding Covid 19 have created numerous challenges for both the Court and those who appear before it. If additional time is needed to file either a response or a reply, the parties are highly encouraged to meet and confer and attempt to reach a stipulation for additional time. While the Court will give effect to any stipulation, the stipulation for additional time should be measured in days, not weeks.