McGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:92-CR-05164-AWI |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); FINDINGS AND ORDER |
| v. | |
| THOMAS RICHARD FARRUGIA, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a motion for compassionate release on November 2, 2020. Docket No. 1008. Pursuant to the Court's Order (ECF 1011), the government's response is due on November 17, 2020, with any reply from the defendant due on November 19, 2020.

2. Counsel for the government requests additional time to draft the government's response to the defendant's motion. The government is not opposing defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

   a) The government's response to the defendant's motion to be filed on or before November 23, 2020;

STIPULATION RE BRIEFING SCHEDULE                    1

b) The defendant's reply to the government's response to be filed on or before November 25, 2020.

IT IS SO STIPULATED.

Dated:  November 17, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ LAUREL J. MONTOYA
LAUREL J. MONTOYA
Assistant United States Attorney

Dated:  November 17, 2020

/s/ ANN C. McCLINTOCK
ANN C. McCLINTOCK
Counsel for Defendant
THOMAS RICHARD
FARRUGIA

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a) The government's response to the defendant's motion, Docket No. 1018, is due on or before November 23, 2020;

b) The defendant's reply to the government's response, if any, is due on November 25, 2020.

IT IS SO ORDERED.

Dated:  November 18, 2020

_____
SENIOR DISTRICT JUDGE

2