HEATHER E. WILLIAMS, #122664
Federal Defender
ANN C. M<sup>c</sup>CLINTOCK, Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant-Movant
THOMAS RICHARD FARRUGIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> v.<br><br>THOMAS RICHARD FARRUGIA,<br><br>   Defendant-Movant. | Case No.: 1:92-cr-05164 AWI<br><br>**STIPULATION AND ORDER** |

**STIPULATION**

1. Defendant-Movant was held in isolation by the Bureau of Prisons between November 23, 2020, and his release on December 2, 2020.

2. The Centers for Disease Control and Prevention updated its recommendation for quarantine and now recommends a 10-day period of quarantine

3. Defendant has satisfied the recommended quarantine period.

4. The parties stipulate and agree that this Court should delete from special condition of supervised release number 4 the sentence reading: "Defendant shall complete a 14-

STIPULATION AND ORDER

day quarantine period." because it has been satisfied.

## ORDER

Based upon the stipulation and representation of the parties, the Court adopts the proposed modification special condition of supervised release 4 to delete the requirement that defendant complete a quarantine period of 14 days. Defendant has satisfied this requirement before his supervised release period began.

IT IS SO ORDERED.

Dated:   December 4, 2020                        _____
                                                  SENIOR DISTRICT JUDGE

STIPULATION AND ORDER